FILED'09 SEP 17 11:15 USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| IN RE ALPHA TELECOM, INC., et al. | ) | CV 01-1283-PA |
| | ) | |
| | ) | ORDER |
| | ) | |

To: Ernest Bustos
Fr: Judge Panner
Dt: September 14, 2009.

This is to confirm that you are to furnish the following documents to the SEC and the Court by October 5, 2009:

A. A written accounting of all funds received to date from the payphone investors, including the amount received, the date (or approximate date) it was received, who the money was received from, and the disposition of those funds, including to whom it was paid and the specific purpose of each expenditure. General explanations of expenditures (such as "salaries" or "attorney fees") are insufficient.

B. A statement of what POLFI did with any checks in the possession of Bustos or POLFI on January 14, 2009, and any checks received after that date.

C. Bank statements for the present bank account and any accounts POLFI has used since it was founded.

D. Check registers and copies of checks, showing the disposition of the funds.

E. Receipts documenting expenditures, including to whom it was paid and the specific purpose of each expenditure.

F.  The current balance in POLFI's bank account, and the balance on January 14, 2009, and thereafter. The bank statements should provide that information.

G.  Documents showing the status of the insurance case filed in Texas, including what work has been performed.

H.  Corporate minutes for POLFI since it was incorporated.

I.  Annual tax returns for POLFI since it was founded.

Dated this 17 of September, 2009.

OWEN M. PANNER
Senior U.S. District Judge

ORDER