UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

IN RE ALPHA TELCOM, INC., et al.    03:01-cv-1283-PA

**OPINION AND ORDER**

**PANNER, J.**

On October 15, 2008, the attorneys for the Receiver submitted a proposed Plan for Distribution of Assets, Payment of Professionals, Closure of the Receivership, and Discharge of the Receiver ("Plan for Distribution"). (Docket # 715). Since that time, the Receiver resigned and the Court appointed a Distribution Agent. Additionally, the Court has concluded that Distribution Option II - Same Dollar Per Investor Identification Number is the best option under the circumstances. The proposed Plan for Distribution must be updated to reflect those changes.

1 - OPINION AND ORDER

No later than January 29, 2013, the attorneys for the former Receiver shall submit an updated final Plan for Distribution. The attorneys shall consult with the SEC prior to submitting the final Plan for Distribution. The Court will then issue its ruling on the pending fee applications and sign the final Plan for Distribution.

IT IS SO ORDERED.

DATED this __16__ day of January, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

- ORDER